**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**PATRICIA KENNEDY,**

        Plaintiff,                      Case No: 2:18-cv-262-UA-MRM

**CORE HOTELS & RESORTS, LLC.,**

        Defendant,

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, Patricia Kennedy, by and through her undersigned counsel, hereby advises the Court that this case has been settled.

The Parties request fifteen (15) days within which to submit the documentation to formally conclude this case.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the court's electronic filing system upon all parties of record this 5th day of September, 2018.

                                      /_s/Philip Michael Cullen, III_
                                      Fla. Bar. No: 167853
                                      Thomas B. Bacon, P.A.
                                      621 S. Federal Hwy, Ste 4
                                      Fort Lauderdale,   FL 33301
                                      ph. (954) 462-0600
                                      fx. (954) 462-1717
                                      cullen@thomasbaconlaw.com